## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; and | ) |
| | ) |
| Morris J. Brooks, Jr., | ) |
| Representative for Alabama's 5th | ) |
| Congressional District | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-00772- RDP |
| | ) **MOTION FOR ADMISSION OF** |
| | ) **ATTORNEYS *PRO HAC VICE*** |
| UNITED STATES DEPARTMENT | ) |
| OF COMMERCE; and WILBUR L. | ) |
| ROSS, in his official capacity as | ) |
| Secretary of Commerce | ) |
| BUREAU OF THE CENSUS, an | ) |
| agency within the United States | ) |
| Department of Commerce; and RON S. | ) |
| JARMIN, in his capacity as performing | ) |
| the non-exclusive functions and duties | ) |
| of the Director of the U.S. Census Bureau | ) |
| | ) |
| *Defendants.* | ) |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Comes now, Robert D. Segall, attorney for Intervening Defendant Santa Clara County, California and moves for the admission and appearances of Attorneys James R. Williams, Greta S. Hansen, Danielle L. Goldstein, Marcelo Quiñones, Laura S. Trice and Jonathan Weisglass in the above-titled action. Attached to this Motion are the Declarations of said attorneys. This Motion is also supported by my written consent to serve as local counsel in the above-styled case.

Respectfully submitted this 27rd day of July, 2018.

          s/Robert D. Segall
Robert D. Segall (ASB 7354 E68R)
Copeland Franco Screws & Gill, P.A.
444 South Perry Street (zip 36104)
Post Office Box 347
Montgomery, AL  36101-0347
Telephone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com

*OF COUNSEL*
*James R. Williams*, County Counsel*
*Greta S. Hansen**
*Danielle L. Goldstein**
*Marcelo Quiñones**
*Laura S. Trice**
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San José, CA 95110
danielle.goldstein@cco.ssgov.org
marcelo.quinones@cco.ssgov.org
greta.hansen@cco.sccgov.org
james.williams@cco.sccgov.org
laura.trice@cco.sccgov.org


**LAW OFFICE OF**
**JONATHAN WEISSGLASS**
*Jonathan Weissglass**
410 12th Street, Suite 250-B
Oakland, CA 94607
Telephone: (510) 836-4200
E-mail: jonathan@weissglass.com
*Attorneys for Defendant-Applicant*,
County of Santa Clara, California


*Application for Pro Hac Vice Admission
Pursuant to ALND L.R. 84.1(b)
Forthcoming*

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Plaintiff The State of Alabama*
Office of the Attorney General
Hon. Steve Marshall
Hon. Eric M. Palmer, Assistant Solicitor General
Hon. James W. Davis, Deputy Attorney General
Hon. Winfield J. Sinclair, Assistant Attorney General
Hon. Brad A. Chynoweth, Assistant Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
Phone: (334) 353-2196
Fax: (334) 123-4567
epalmer@ago.state.al.us
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
bchynoweth@ago.state.al.us

I have served the following Plaintiff by U.S. Mail, postage prepaid and properly addressed:

*Plaintiff Morris J. Brooks, Jr., pro se*
Representative Morris J. Brooks, Jr.
2101 W. Clinton Ave., Suite 302
Huntsville, AL 35805
Ph: (256) 355-9400
Fax: (256) 355-9406

*Intervenor Defendant City of San Jose and King County*
Anil A. Mujumdar (ASB-2004-L65M)
Zarzaur Mujumdar & Debrosse
2332 Second Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
anil@zarzaur.com

**Defendants: United States Dept. of Commerce; Wilbur L. Ross; Bureau of the Census; Ron S. Jarmin**
Brad P. Rosenberg
U. S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Ph: (202) 616-8460
Fax: (202) 616-8460
Brad.rosenberg@usdoj.gov

**Diana Martinez, Defendant Intervenor Defs. Raisa Sequeira; Saulo Corona; Irving Medina; Joey Cardenas; Florinda P. Chavez Cicanos Por La Causa**
James U. Blacksher
P.O. Box 636
Birmingham, AL 35201
Ph: (205) 591-7238
Fax: (866) 845-4395
jblacksher@ns.sympatico.ca

W. Edward Still
Edward Still Law Firm LLC
429 Green Springs Hwy Ste. 161-304
Birmingham, AL 35209
Ph: (205) 320-2882
Fax: (205-320-2882
Still@votelaw.com

 

                                        *s/Robert D. Segall*
                                        Of Counsel