# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| STATE OF ALABAMA, *et al.*,  )<br>                                                  )<br>     Plaintiffs,                          )<br>                                                  )<br>v.                                             )<br>                                                  )<br>UNITED STATES DEPARTMENT OF  )<br>COMMERCE, *et al.*,                )<br>                                                  )<br>     Defendants.                      )<br>                                                  ) | Case No. 2:18-cv-00772-RDP |

## SECOND UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants United States Department of Commerce, Wilbur L. Ross, Bureau of the Census, and Ron S. Jarmin ("Defendants"), through their undersigned counsel, hereby move for an additional extension of time to respond to the Complaint in this case. As set forth below, counsel for Defendants has conferred with counsel for Plaintiff State of Alabama, who has represented that neither Plaintiff State of Alabama nor Plaintiff Morris J. Brooks, Jr. oppose the motion. In support of their motion, Defendants state as follows:

1. Defendants' original response to the Complaint (Dkt. No. 1) was due on July 30, 2018.

2. On July 19, 2018, Defendants requested a 45-day extension of time to respond to the Complaint. *See* Dkt. No. 13. This Court granted Defendants' motion. *See* Dkt. No. 14. Accordingly, Defendants' response to the Complaint is now due on September 13, 2018.

3. Defendants now request an additional 61-day extension of time, to and including November 13, 2018, to file a response to the Complaint.[1]

4. Defendants recognize that the Court has already granted an extension of time in this case and do not make this additional request lightly. Department of Justice components are evaluating the arguments that the government will make in this matter and need additional time to conduct that review.

5. Undersigned counsel for Defendants has conferred with counsel for Plaintiff State of Alabama regarding this motion. Plaintiff State of Alabama does not oppose Defendants' motion, contingent on Defendants not seeking any further extensions of time to respond to the Complaint absent compelling circumstances. Moreover, counsel for the State of Alabama conferred with Plaintiff Morris J. Brooks, Jr. regarding Defendant's motion and, following that conference, informed undersigned counsel that Plaintiff Brooks also does not oppose the motion.

6. Granting the motion will not prejudice any parties to this litigation.

7. A proposed order is attached hereto.

---

[1] Defendants request a 61-day extension of time (rather than 60 days) because a 60-day extension would result in the response being due on a federal holiday.

Dated: September 12, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JAY E. TOWN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　JOHN R. GRIFFITHS
　　　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director


　　　　　　　　　　　　　　　　　　　　*/s/ Brad P. Rosenberg*
　　　　　　　　　　　　　　　　　　　　BRAD P. ROSENBERG (DC Bar #467513)
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　20 Massachusetts Ave., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20530
　　　　　　　　　　　　　　　　　　　　Tel.:  (202) 514-3374
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 616-8460
　　　　　　　　　　　　　　　　　　　　Email: brad.rosenberg@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*For Plaintiff:*

| | |
|---|---|
| Brad A. Chynoweth | bchynoweth@ago.state.al.us |
| Eric Michael Palmer | mnewman@ago.state.al.us |
| James W. Davis | jimdavis@ago.state.al.us |
| Steven Troy Marshall | smarshall@ago.state.al.us |
| Winfield J. Sinclair | wsinclair@ago.state.al.us |

*For Proposed Intervenor-Defendants:*

| | |
|---|---|
| Denise Marie Hulett | dhulett@maldef.org |
| James U. Blacksher | jblacksher@ns.sympatico.ca |
| Andrea E. Senteno | asenteno@maldef.org |
| W. Edward Still | Still@votelaw.com |
| Ming Ming Yang | mmyang@debevoise.com |
| Robin Thurston | rthurston@democracyforward.org |
| Anil A. Mujumdar | anil@zarzaur.com |
| Jyotin Hamid | jhamid@debevoise.com |
| Lauren M. Dolecki | lmdolecki@debevoise.com |
| Ryan M. Kusmin | rmkusmin@debevoise.com |
| Robert D. Segall | segall@copelandfranco.com |
| Danielle Luce Goldstein | danielle.goldstein@cco.sccgov.org |
| Jonathan Weisglass | jonathan@weissglass.com |
| Marcelo Quinones | marcelo.quinones@cco.sccgov.org |

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Morris J. Brooks, Jr.
2101 W. Clinton Ave.
Suite 302
Huntsville, AL  35805

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-3374
Fax:  (202) 616-8460
Email:  brad.rosenberg@usdoj.gov

*Counsel for Defendants*