# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, et al., | |
| Plaintiffs, | |
| v. | Case No.: 2:18-cv-00772-RDP |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | **OPPOSED MOTION FOR LEAVE TO INTERVENE AS DEFENDANTS** |
| Defendants, | **(Fed. R. Civ. P. 24)** |
| DIANA MARTINEZ, et al., | |
| Defendant-Intervenors, | |
| and | |
| COUNTY OF SANTA CLARA, CALIFORNIA, et al., | |
| Defendant-Intervenors. | |

Proposed Defendant-Intervenors the States of New York, California, Colorado, Connecticut, the District of Columbia, Illinois, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Virginia, and Washington; the cities and counties of Cameron County, Texas; Central Falls, Rhode Island; Chicago, Illinois; Hidalgo County, Texas; Monterey County, California; New York, New York; Philadelphia, Pennsylvania; Providence, Rhode Island; and Seattle, Washington; and the United States Conference of Mayors, respectfully request that the Court grant them leave to intervene as defendants in this action as of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, or in the

1

alternative, grant them permissive intervention pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure.  Before filing this motion, counsel for the Proposed Defendant-Intervenors contacted the existing parties to determine their position on this motion to intervene.  Plaintiff the State of Alabama and Plaintiff Representative Brooks have indicated that they oppose this motion to intervene.  The Federal Defendants have advised that they take no position on this motion.  The Martinez Defendant-Intervenors and the Local Government Defendant-Intervenors do not oppose intervention.

In support of this motion, the Proposed Defendant-Intervenors rely on the accompanying Memorandum of Law, the Proposed Answer filed with this motion in compliance with Fed. R. Civ. P. 24(c), the pleadings and papers on file in this action, and any argument and evidence that is presented on the hearing of this motion.

DATED:  August 12, 2019                                  Respectfully submitted,

 LETITIA JAMES
 *Attorney General of the State of New York*

*/s/ Joyce White Vance*                                   By: */s/ Matthew Colangelo*
Joyce White Vance                                         Matthew Colangelo*
101 Paul W. Bryant Drive                                    *Chief Counsel for Federal Initiatives*
Tuscaloosa, AL 35487                                      Elena Goldstein,* *Senior Trial Counsel*
jvance@law.ua.edu                                         Elizabeth Morgan*
                                                            *Assistant Attorney General*
*/s/ Barry A. Ragsdale*                                   Ajay Saini,* *Assistant Attorney General*
Barry A. Ragsdale                                         Office of the New York State Attorney General
SIROTE & PERMUTT, PC                                      28 Liberty Street
2311 Highland Avenue South                                New York, NY 10005
Birmingham, AL 35205                                      Phone: (212) 416-6057
Phone: (205) 930-5100                                     Matthew.Colangelo@ag.ny.gov
Fax: (205) 930-5101
bragsdale@sirote.com                                      *Attorneys for the State of New York*

2

XAVIER BECERRA
*Attorney General of California*

*/s/   Gabrielle D. Boutin*
Gabrielle D. Boutin*
  *Deputy Attorney General*
Anthony R. Hakl
  *Supervising Deputy Attorney General*
R. Matthew Wise, *Deputy Attorney General*
California Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: (916) 210-6053
Gabrielle.Boutin@doj.ca.gov

*Attorneys for the State of California*

WILLIAM TONG
*Attorney General of Connecticut*

Mark F. Kohler, *Assistant Attorney General*
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06106
Phone: (860) 808-5020
Mark.Kohler@ct.gov

*Attorneys for the State of Connecticut*

PHILIP J. WEISER
*Attorney General of the State of Colorado*

Eric R. Olson, *Solicitor General*
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6548
eric.olson@coag.gov

*Attorneys for the State of Colorado*

KARL A. RACINE
*Attorney General for the District of Columbia*

Valerie M. Nannery
  *Assistant Attorney General*
Public Advocacy Division
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Phone: (202) 724-6610
valerie.nannery@dc.gov

*Attorneys for the District of Columbia*

KWAME RAOUL
*Attorney General of the State of Illinois*

Jeff VanDam, *Public Interest Counsel*
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, IL 60601
Phone: (312) 814-1188
JVanDam@atg.state.il.us

*Attorneys for the State of Illinois*

MAURA HEALEY
*Attorney General of the Commonwealth of Massachusetts*

By: /s/ *Ann E. Lynch*
Ann E. Lynch,* *Assistant Attorney General*
Miranda Cover,* *Assistant Attorney General*
Public Protection & Advocacy Bureau
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
Phone: (617) 727-2200
Ann.lynch@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

KEITH ELLISON
*Attorney General of the State of Minnesota*

Jacob Campion, *Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Phone: (651) 757-1459
jacob.campion@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
*Attorney General of the State of Nevada*

Heidi Parry Stern, *Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Phone: (775) 684-1100
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

GURBIR S. GREWAL
*Attorney General of the State of New Jersey*

Glenn J. Moramarco
  *Assistant Attorney General*
Katherine A. Gregory
  *Deputy Attorney General*
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor, West Wing
Trenton, NJ 08625-0080
Phone: (609) 292-4925
Glenn.Moramarco@law.njoag.gov

*Attorneys for the State of New Jersey*

HECTOR BALDERAS
*Attorney General of New Mexico*

Tania Maestas
  *Chief Deputy Attorney General*
Nicholas M. Sydow, *Civil Appellate Chief*
Jennie Lusk
  *Bureau Chief, Civil Rights Bureau*
408 Galisteo Street
Santa Fe, NM 87501
Phone: (505) 490-4060
tmaestas@nmag.gov

*Attorneys for the State of New Mexico*

ELLEN F. ROSENBLUM
*Attorney General of the State of Oregon*

Nicole deFever
Scott Kaplan
  *Senior Assistant Attorney General*
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Phone: (971) 673-1800
Nicole.defever@doj.state.or.us

*Attorneys for the State of Oregon*

THOMAS J. DONOVAN, JR.
*Attorney General of the State of Vermont*

Benjamin D. Battles*, Solicitor General*
Julio A. Thompson
  *Assistant Attorney General, Civil Rights Unit*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-5500
Benjamin.Battles@vermont.gov

*Attorneys for the State of Vermont*

ROBERT W. FERGUSON
*Attorney General of the State of Washington*

Laura K. Clinton, *Assistant Attorney General*
Andrew R. W. Hughes
  *Assistant Attorney General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 233-3383
LauraC5@atg.wa.gov

*Attorneys for the State of Washington*

PETER F. NERONHA
*Attorney General of the State of Rhode Island*

Justin Sullivan
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
jjsullivan@riag.ri.gov

*Attorneys for the State of Rhode Island*

MARK R. HERRING
*Attorney General of the Commonwealth of Virginia*

Michelle S. Kallen, *Deputy Solicitor General*
Toby J. Heytens, *Solicitor General*
Martine E. Cicconi, *Deputy Solicitor General*
Brittany M. Jones, *John Marshall Fellow*
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Phone: (804) 786-7240
SolicitorGeneral@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*

MATTHEW JERZYK
*City Solicitor for the City of Central Falls*
City of Central Falls
580 Broad Street
Central Falls, RI 02863
Phone: (401) 727-7422
MJerzyk@CentralFallsRI.us

*Attorney for the City of Central Falls*

5

| | |
|---|---|
| MARK A. FLESSNER<br>*Corporation Counsel of the City of Chicago*<br><br>Stephen Kane, *Deputy Corporation Counsel*<br>Rebecca Hirsch, *Assistant Corporation Counsel*<br>City of Chicago Law Department<br>Affirmative Litigation Division<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Phone: (312) 744-6934<br>Stephen.kane@cityofchicago.org<br><br>*Attorneys for the City of Chicago* | ZACHARY W. CARTER<br>*Corporation Counsel of the City of New York*<br><br>Tonya Jenerette<br>   *Deputy Chief for Strategic Litigation*<br>100 Church Street<br>New York, NY 10007<br>Phone: (212) 356-4055<br>tjeneret@law.nyc.gov<br><br>*Attorneys for the City of New York* |
| MARCEL S. PRATT<br>*City Solicitor of the City of Philadelphia*<br><br>Benjamin H. Field<br>   *Divisional Deputy City Solicitor*<br>City of Philadelphia Law Department<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102<br>Phone: (215) 683-5003<br>marcel.pratt@phila.gov<br><br>*Attorneys for the City of Philadelphia* | JEFFREY DANA<br>*City Solicitor of the City of Providence*<br>City of Providence<br>444 Westminster Street<br>Providence, RI 02903<br>Phone: (401) 680-5333<br>Jdana@providdenceri.gov<br><br>*Attorney for the City of Providence* |
| PETER S. HOLMES<br>*Seattle City Attorney*<br><br>Gary T. Smith, *Assistant City Attorney*<br>Erica R. Franklin, *Assistant City Attorney*<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7097<br>Phone: (206) 684-8200<br>Gary.Smith@seattle.gov<br><br>*Attorneys for the City of Seattle* | ROLANDO L. RIOS<br>*Special Counsel for Cameron and Hidalgo Counties*<br>110 Broadway, Suite 355<br>San Antonio, TX 78205<br>Phone: (210) 222-2102<br>rrios@rolandorioslaw.com<br><br>*Attorney for Cameron County, Texas and Hidalgo County, Texas* |

6

CHARLES J. McKEE
*Monterey County Counsel*

William M. Litt, *Deputy County Counsel*
Office of the County Counsel
County of Monterey
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Phone: (831) 755-5045
McKeeCJ@co.monterey.ca.us

*Attorneys for Monterey County*

UNITED STATES CONFERENCE OF MAYORS

John Daniel Reaves, *General Counsel*
U.S. Conference of Mayors
1750 K Street NW, 11th Floor
Washington, DC 20006
Phone: (202) 887-1100
jdreavesoffice@gmail.com

*Attorney for the U.S. Conference of Mayors*

*\*Application for admission pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2019, I electronically filed the foregoing Motion for Leave to Intervene as Defendants, a supporting Memorandum of Law, and a proposed Answer in Intervention with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this proceeding.

I also hereby certify that I have caused to be mailed by First Class Mail the document to the following non-CM/ECF participant:

    Representative Morris J. Brooks, Jr.
    2101 W. Clinton Ave.
    Suite 302
    Huntsville, AL 35805

DATED:  August 12, 2019        */s/ Barry A. Ragsdale*
                                           Barry A. Ragsdale
                                           SIROTE & PERMUTT, PC
                                           2311 Highland Avenue South
                                           Birmingham, AL 35205
                                           Phone: (205) 930-5100
                                           Fax: (205) 930-5101
                                           bragsdale@sirote.com