# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; and ) <br> ) <br> MORRIS J. BROOKS, JR., ) <br> Representative for Alabama's 5th ) <br> Congressional District, ) <br> ) <br>       *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> COMMERCE; and WILBUR L. ROSS, in his ) <br> official capacity as Secretary of Commerce; ) <br> ) <br> BUREAU OF THE CENSUS, an agency within the ) <br> United States Department of Commerce; and RON ) <br> S. JARMIN, in his capacity as performing the ) <br> non-exclusive functions and duties of the Director ) <br> of the U.S. Census Bureau, ) <br> ) <br>       *Defendants*, ) <br> ) <br> COUNTY OF SANTA CLARA, CALIFORNIA; ) <br> KING COUNTY, WASHINGTON; and CITY OF ) <br> JOSÉ, CALIFORNIA; ) <br> ) <br> DIANA MARTINEZ; RAISA SEQUEIRA; ) <br> SAULO CORONA; IRVING MEDINA; JOEY ) <br> CARDENAS; FLORINDA P. CHAVEZ; and ) <br> CHICANOS POR LA CAUSA, ) <br> ) <br>       *Defendant-Intervenors*. ) | Civil Action No. <br> 2:18-cv-00772-RDP |

## DECLARATION OF JOHN LEWIS

I, John Lewis, hereby declare as follows:

    1.    I am an attorney licensed to practice in the District of Columbia and the State of Texas. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys for the Proposed Defendant-Intervenors, Arlington County, Virginia and Atlanta, Georgia, as well as the Local Government Defendant-Intervenors, King County, Washington and San Jose, California, in this matter. I have been admitted *pro hac vice* for the purpose of participating in this matter.

3. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify to them competently under oath.

4. On August 9, 2019, I emailed Mr. Brad Rosenberg of the United States Department of Justice, counsel representing the Defendants in this matter, and informed him that the Proposed Defendant-Intervenors would be moving to intervene in this matter. Mr. Rosenberg represented that the United States takes no position on the motion.

5. On August 9, 2019, I emailed Ms. Denise Hulett of the Mexican American Legal Defense and Educational Fund, counsel representing the Martinez Defendant-Intervenors in this matter, and informed her that the Proposed Defendant-Intervenors would be moving to intervene in this matter. Ms. Hulett represented that the Martinez Defendant-Intervenors do not object to the motion.

6. On August 9, 2019, I emailed Mr. Edmund LaCour, Solicitor General for the State of Alabama and counsel representing the State of Alabama in this matter, and informed him that the Proposed Defendant-Intervenors would be moving to intervene in this matter. Mr. LaCour represented that the State of Alabama and Congressman Mo Brooks oppose the motion.

7. I certify, as an officer of the court, that I have affirmatively and diligently sought to submit to the court only those documents, factual allegations, and arguments that are material to the issues to be resolved in the motion, that careful consideration has been given to the contents of all submissions to ensure that they do not include vague language or an overly broad

citation of evidence or misstatements of the law, and that all submissions are non-frivolous in nature.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 11, 2019 in Washington, D.C.

_____
John Lewis