IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:18-cv-00772-RDP |
| THE UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| DIANA MARTINEZ, *et al.*; COUNTY OF SANTA CLARA, CALIFORNIA, *et al.*; and STATE OF NEW YORK, *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

**DEFENDANTS' NOTICE OF PRESIDENTIAL MEMORANDUM**

Defendants, the United States Department of Commerce, Wilbur Ross, in his official capacity as Secretary of Commerce, the United States Census Bureau, and Steven Dillingham, in his official capacity as Director of the Census Bureau (Defendants), respectfully notify the Court and the parties that on July 21, 2020, the President issued the attached Memorandum on Excluding Illegal Aliens From the Apportionment Base Following the 2020 Census, which may bear on the parties' claims in this litigation.

Dated: July 21, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar 467513)
Assistant Branch Director
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3374
brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG