IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, </br></br> *Plaintiffs*, </br></br> v. </br></br> THE UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, </br></br> *Defendants*, </br></br> and </br></br> DIANA MARTINEZ, *et al.*; COUNTY OF SANTA CLARA, CALIFORNIA, *et al.*; and STATE OF NEW YORK, *et al.*, </br></br> *Intervenor-Defendants*. | Case No. 2:18-cv-00772-RDP |

**DEFENDANTS' NOTICE OF ADDITIONAL LAWSUITS
CHALLENGING THE RECENT PRESIDENTIAL MEMORANDUM**

Defendants, the United States Department of Commerce, Wilbur Ross, in his official capacity as Secretary of Commerce, the United States Census Bureau, and Steven Dillingham, in his official capacity as Director of the Census Bureau (Defendants), respectfully notify the Court that a number of the parties in this litigation have recently filed independent lawsuits challenging the July 21, 2020 Presidential Memorandum.

In the past week, Defendant-Intervenor the State of California has filed a lawsuit in the U.S. District Court for the Northern District of California, *California, et al., v. Trump, et al.*, No. 20-cv-5169 (N.D. Cal.); Defendant-Intervenors City of San Jose, King County, and Arlington County have filed suit in the Northern Distrct of California, San Jose Division, *San Jose, et al., v. Trump, et al.*, No. 20-cv-

5167 (N.D. Cal.); and Defendant-Intervenor City of Atlanta has filed a lawsuit in the U.S. District Court for the District of Columbia, *Common Cause, City of Atlanta, et al., v, Trump, et al.*, No. 20-cv-2023 (D.D.C.). The complaints filed in the *California* and *Common Cause* actions state that the parties there intend to seek preliminary injunctive relief.

Other actions challenging the Presidential Memorandum and seeking injunctive relief, but not involving any of the parties in this action, have been brought in the U.S. District Court for the District of Massachussetts and in the U.S. District Court for the Southern District of New York. *See Haitian-Americans United, Inc. v. Trump*, No. 20-cv-11421 (D. Mass.); *New York Immigrant Coalition, et al., v. Trump, et al.,* No. 20-cv-5781 (S.D.N.Y.).

These cases come in addition to the action filed by Defendant-Intervenor State of New York in the Southern District of New York, *State of New York, et al. v. Trump, et al.*, No. 20-cv-5770 (S.D.N.Y.), which the State of New York has already brought to this Court's attention. The Court in that matter recently issued an order directing the parties to submit a joint letter by August 10, 2020, addressing, among other things,

> the status and relevance . . . of *State of Alabama v. U.S. Department of Commerce*, 18-cv-00772 (RDP) (N.D. Ala.); *Common Cause v. Trump*, 20-CV-2023 (D.D.C.); *Haitian-Americans United, Inc. v. Trump*, 20-CV-11421 (D. Mass.); and *City of San Jose v. Trump*, 20-CV-5167 (N.D. Cal.), and whether or to what extent the Court should coordinate or communicate with the judges presiding over those cases[.]

Order, *New York, et al.*, No. 20-cv-5770, ECF No. 24 (S.D.N.Y. July 28, 2020). For the Court's convenience, a copy of that order is attached as Exhibit A.

2

Dated:  July 29, 2020	Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV