# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:18-cv-00772-RDP |
| THE UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| DIANA MARTINEZ, *et al.*; COUNTY OF SANTA CLARA, CALIFORNIA, *et al.*; and STATE OF NEW YORK, *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

## **JOINT MOTION FOR EXTENSION OF TIME AND FOR CLARIFICATION**

All parties, by and through undersigned counsel, hereby request 1) an extension of time to submit a proposed briefing schedule to this court; 2) an extension of time to submit briefing on whether this case should be stayed; and 3) a clarification of this Court's minute order, ECF No. 179. In support thereof, the parties state as follows:

1. This Court held a status conference on October 5, 2020. During the status conference, the Court discussed Plaintiffs' motion for a three-judge panel, as well as next steps in the litigation of this case.

2. On October 9, 2020, this Court denied plaintiffs' motion for a three-judge panel. *See* Memorandum Opinion and Order, ECF No. 178.

3. On October 14, this Court issued the following Text Order:

This matter is before the court on its Second Amended Scheduling Order [147]. Dispositive motions remain DUE on or before October 21, 2020. Also on or before October 21, 2020, the parties SHALL (1) meet and confer and submit a joint proposed briefing schedule on dispositive motions; and (2) file a supplemental brief that is no longer than 10 pages regarding whether the court should stay this case. The 10 page brief may address the direct appeal at the Supreme Court of the three-judge court in New York v. Trump, 2020 WL 5422959 (S.D.N.Y. Sept. 10, 2020), the Supreme Courts stay in Ross v. National Urban League, 592 U.S. ___ (2020), and/or any other issue potentially relevant to a stay in this case.

ECF No. 179.

4. In the meantime, on October 16, the Supreme Court issued an order in the appeal of the three-judge court in *New York v. Trump*. In that order, the Supreme Court postponed "[f]urther consideration of the question of jurisdiction . . . to the hearing of the case on the merits." *See* Order, *Trump v. New York*, No. 20-366 (Oct. 16, 2020). The Court has set the matter for argument on November 30, 2020. *See id.* A copy of the Supreme Court's order is attached hereto.

5. The parties request three forms of relief in this motion.

6. *First*, the parties request a nine-day extension of time, until October 30, 2020, for submitting a dispositive motion briefing schedule. The parties have initially conferred regarding such a schedule, but have not yet completed their discussions, and believe that additional time—especially in light of recent developments in this and other cases—would allow those discussions to continue, which the parties hope will result in a more efficient resolution of the matters in this case for both the Court and the parties.

7. *Second*, the parties request a nine-day extension of time, until October 30, 2020, for submitting their briefs regarding whether the Court should stay this matter. Like the extension of time regarding a briefing schedule, the parties believe that a modest extension of time for the due date

on stay briefing would allow the parties to confer regarding this matter, as well as provide time for the parties to prepare their briefs to the extent they cannot reach agreement. Moreover, the parties believe that briefing on a stay is likely to be tied to any briefing schedule that they may propose.

8. *Third*, the parties request clarification regarding this Court's Order. As it stands now, the Order is subject to multiple interpretations. One interpretation is that the dispositive motion deadline is currently October 21, unless the parties submit a proposed briefing schedule by that date. That proposed briefing schedule may, for example, call for the submission of opening briefs at a future date. Another interpretation is that all parties must submit dispositive motions on October 21, with the briefing schedule only affecting subsequent briefs (such as responses and replies). Accordingly, the parties request clarification regarding the Court's Order. While the parties are seeking an extension of time regardless of which interpretation is correct, they note that an extension would especially be necessary if the Court is requiring the parties to file their briefs on the dispositive motion deadline. The federal government Defendants, at least, do not anticipate being in a position to file a dispositive motion by the current due date of October 21, due to the press of other litigation matters and recent developments in this and other cases. To the extent the Court is amenable, the parties would propose that, rather than filing dispositive motions on the due date (whether October 21 or, if the Court grants the parties' motion, the proposed new due date of October 30), the parties submit a proposed briefing schedule for all briefs on that due date. Such a schedule would ultimately be more efficient for the Court and the parties, as it may allow for the Court to resolve any motions to stay proceedings before proceeding to dispositive motion briefing (if, for example, the parties propose that dispositive briefs not be submitted until after the Court resolves whether it should stay this case), or may allow for an orderly briefing schedule through the submission of cross-motions rather than simultaneous briefing.

9. The parties are amenable to appearing at a status conference to discuss these issues. A proposed order is attached.

Dated:  October 19, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ALEXANDER V. SVERDLOV
ELLIOTT M. DAVIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 514-4336
elliott.m.davis@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*

James W. Davis
Winfield J. Sinclair
Brenton M. Smith
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
Tel: (334) 242-7300
Fax: (334) 353-8440
Email:  elacour@ago.state.al.us
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
bchynoweth@ago.state.al.us

*Counsel for Plaintiff State of Alabama*

/s/ Morris J. Brooks, Jr.
Morris J. Brooks, Jr.
Pro se
2101 W. Clinton Avenue
Suite 302
Huntsville, AL 35805
(256) 355-9400
(256) 355-9406—Fax

*Counsel for Plaintiff*
*Morris J. Brooks, Jr.*


LETITIA JAMES
*Attorney General of the State of New York*

/s/ Joyce White Vance
Joyce White Vance

By: /s/ Matthew Colangelo
Matthew Colangelo

101 Paul W. Bryant Drive
Tuscaloosa, AL 35487
jvance@law.ua.edu

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Birmingham, AL 35205
Phone: (205) 930-5100
bragsdale@sirote.com

*Chief Counsel for Federal Initiatives*
Elena Goldstein
   *Deputy Chief, Civil Rights Bureau*
Amanda Meyer, *Assistant Attorney General*
Joseph J. Wardenski, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the State and Other Government Defendant-Intervenors*

Respectfully submitted,

*/s/ Robert S. Vance*
THE BLOOMSTON FIRM
Robert S. Vance
2151 Highland Avenue South, Suite 310
Birmingham, AL 35205
(205) 212-9700
Robert@thebloomstonfirm.com

DAGNEY JOHNSON LAW GROUP
Anil A. Mujumdar (ASB-2004-L65M)
2170 Highland Avenue South, Suite 205
Birmingham, Alabama 35205
Telephone: (205) 649-7502
Facsimile: (205) 809-7899
Email: anil@dagneylaw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-9857
Email: erosenberg@lawyerscommittee.org
dspence@lawyerscommittee.org

DEMOCRACY FORWARD
Robin F. Thurston
John T. Lewis
Democracy Forward Foundation
P.O. Box 34553

Washington, DC 20043
Telephone: (202) 448-9090
Email: rthurston@democracyforward.org
jlewis@democracyforward.org

*Attorneys for Defendant-Intervenors*
*City of Atlanta; City of San José; Arlington County;*
*and King County*

DEBEVOISE & PLIMPTON LLP
Jyotin Hamid
Lauren M. Dolecki
Ming Ming Yang
919 Third Ave
New York, NY 10022
(212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
lmdolecki@debevoise.com
mmyang@debevoise.com

CITY OF SAN JOSÉ
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, CA 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

*Attorneys for Defendant-Intervenor*
*City of San José*

COPELAND FRANCO
SCREWS & GILL, P.A.
Robert D. Segall (SEG003)
Post Office Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Facsimile: (334) 834-3172
Email: segall@copelandfranco.com

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
James R. Williams, County Counsel
Greta S. Hansen
Raphael N. Rajendra

Marcelo Quiñones
Laura S. Trice
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San José, CA 95110
Email: raphael.rajendra@cco.sccgov.org
marcelo.quinones@cco.sccgov.org

LAW OFFICE OF
JONATHAN WEISSGLASS
Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
Email: jonathan@weissglass.com

*Attorneys for the Local Government Defendant-Intervenors*

Respectfully submitted,

/s/ Edward Still

MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz
Andrea Senteno
Ernest Herrera
634 S. Spring St., Ste. 1100
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email:  tsaenz@maldef.org
        asenteno@maldef.org
        eherrera@maldef.org

Edward Still
Bar. No. ASB-i47w-4786
still@votelaw.com
429 Green Springs Hwy STE 161-304
Birmingham, AL 35209
Telephone: (205) 320-2882
Facsimile: (205) 320-2882

James U. Blacksher
(AL Bar: ASB-2381-S82J)

825 Linwood Road
Birmingham, AL 35222
Telephone: (205) 612-3752
jublacksher@gmail.com

*Attorneys for Martinez Intervenors*