FILED
2020 Oct-30 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| STATE OF ALABAMA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>*Defendants*,<br><br>DIANA MARTINEZ, et al., COUNTY OF SANTA CLARA, CALIFORNIA, et al., STATE of NEW YORK, et al.,<br><br>*Defendant-Intervenors*. | Civil Action No. 2:18-cv-00772-RDP |

**JOINT STATUS REPORT**

Plaintiffs, Defendants, Martinez Defendant-Intervenors, Local Government Defendant-Intervenors, and State and other Government Defendant-Intervenors have conferred in response to the Court's October 20, 2020 order (Dkt. 181), and now submit this joint report regarding the briefing schedule for potential dispositive motions.

As stated in a joint motion submitted to the Court, all parties agree that a stay in this case is merited pending resolution of the Supreme Court appeal of *New York v. Trump*, 2020 WL 5422959 (S.D.N.Y. Sept. 10, 2020). If this Court issues a stay in this case pending resolution of the *New York* case, the parties propose to confer upon any decision by the U.S. Supreme Court

and submit a joint status report within 10 business days with the parties' views regarding the continuance or termination of any such stay and, if warranted, a briefing schedule.

To the extent a stay is not issued, the parties agree to the schedule below.

**Proposed Briefing Schedule**

| **Proposed Deadlines** | **Event** |
| --- | --- |
| **Deadline 1** (14 days from denial of the stay) | Any dispositive motions against Federal Defendants due |
| **Deadline 2** (21 days from date of deadline 1) | Federal Defendants' opposition brief to any dispositive motion and all other dispositive motions due |
| **Deadline 3** (21 days from date of deadline 2) | Reply briefs in support of dispositive motion against Federal Defendants and opposition briefs to other dispositive motions due |
| **Deadline 4** (14 days from date of deadline 3) | Reply briefs in support of remaining dispositive motions due |

To the extent the deadlines above present scheduling conflicts, the parties will meet and confer on any modifications to the above proposed briefing schedule.

Dated: October 30, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Elliott M. Davis*
ALEXANDER V. SVERDLOV
ELLIOTT M. DAVIS
Trial Attorneys

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

*/s/Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
*Solicitor General*

James W. Davis
Winfield J. Sinclair
Brenton M. Smith
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4336
elliott.m.davis@usdoj.gov

*Counsel for Defendants*

Post Office Box 300152
Montgomery, AL 36130-0152
Tel: (334) 242-7300
Fax: (334) 353-8440
Email: elacour@ago.state.al.us
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
bchynoweth@ago.state.al.us

*Counsel for Plaintiff State of Alabama*

*/s/ Morris J. Brooks, Jr.*
Morris J. Brooks, Jr.
Pro se
2101 W. Clinton Avenue
Suite 302
Huntsville, AL 35805
(256) 355-9400
(256) 355-9406—Fax

*Counsel for Plaintiff*
*Morris J. Brooks, Jr.*

*/s/ Joyce White Vance*
Joyce White Vance
101 Paul W. Bryant Drive
Tuscaloosa, AL 35487
jvance@law.ua.edu

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Birmingham, AL 35205
Phone: (205) 930-5100
bragsdale@sirote.com

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo
*Chief Counsel for Federal Initiatives*
Elena Goldstein
*Deputy Chief, Civil Rights Bureau*
Amanda Meyer, *Assistant Attorney General*
Joseph J. Wardenski, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the State and Other Government Defendant-Intervenors*

*/s/ Robert S. Vance*
THE BLOOMSTON FIRM
Robert S. Vance
2151 Highland Avenue South, Suite 310
Birmingham, AL 35205
(205) 212-9700
Robert@thebloomstonfirm.com

DAGNEY JOHNSON LAW GROUP
Anil A. Mujumdar (ASB-2004-L65M)
2170 Highland Avenue South, Suite 205
Birmingham, Alabama 35205
Telephone: (205) 649-7502
Facsimile: (205) 809-7899
Email: anil@dagneylaw.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-9857
Email: erosenberg@lawyerscommittee.org
dspence@lawyerscommittee.org

DEMOCRACY FORWARD
Robin F. Thurston
John T. Lewis
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Email: rthurston@democracyforward.org
jlewis@democracyforward.org

*Attorneys for Defendant-Intervenors City of Atlanta; City of San José; Arlington County; and King County*

**DEBEVOISE & PLIMPTON LLP**
Jyotin Hamid
Lauren M. Dolecki
Ming Ming Yang
919 Third Ave
New York, NY 10022

(212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
lmdolecki@debevoise.com
mmyang@debevoise.com

Robert Kaplan*
801 Pennsylvania Avenue NW, Suite 500
Washington, DC 20001
Telephone: (202) 383-8000
Facsimile: (202 383-8188
Email: rbkaplan@debevoise.com

**CITY OF SAN JOSÉ**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, CA 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

*Attorneys for Defendant-Intervenor City of San José*

**Application for Pro Hac Vice Admission Pursuant to ALND L.R. 83.1(b) Forthcoming.*

COPELAND FRANCO
SCREWS & GILL, P.A.
Robert D. Segall (SEG003)
Post Office Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Facsimile: (334) 834-3172
Email: segall@copelandfranco.com

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
James R. Williams, County Counsel
Greta S. Hansen
Raphael N. Rajendra
Marcelo Quiñones
Laura S. Trice

Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San José, CA 95110
Email: raphael.rajendra@cco.sccgov.org
marcelo.quinones@cco.sccgov.org

LAW OFFICE OF
JONATHAN WEISSGLASS
Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
Email: jonathan@weissglass.com

*Attorneys for the Local Government Defendant-Intervenor*

*/s/ Edward Still*

MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz
Andrea Senteno
Ernest Herrera
634 S. Spring St., Ste. 1100
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
asenteno@maldef.org
eherrera@maldef.org

Edward Still
Bar. No. ASB-i47w-4786
still@votelaw.com
429 Green Springs Hwy STE 161-304
Birmingham, AL 35209
Telephone: (205) 320-2882
Facsimile: (205) 320-2882

James U. Blacksher
(AL Bar: ASB-2381-S82J)
825 Linwood Road
Birmingham, AL 35222
Telephone: (205) 612-3752

jublacksher@gmail.com

*Attorneys for Martinez Intervenors*

**CERTIFICATE OF SERVICE**

This is to certify that on the 30th day of October, 2020, a copy of the foregoing was served by electronic mail to counsel of record agreed to by the parties.

*/s/ Andrea Senteno*
Andrea Senteno