UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STATE OF ALABAMA, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } |
| **UNITED STATES DEPARTMENT OF COMMERCE, et al.,** | } |
| **Defendants.** | } |
| v. | }  Case No.:  2:18-CV-00772-RDP |
| **DIANA MARTINEZ, et al.,** | } |
| **Intervenor Defendants,** | } |
| and | } |
| **JOEY CARDENAS, et al.,** | } |
| **Cross-Claimants,** | } |
| v. | } |
| **BUREAU OF CENSUS, et al.,** | } |
| **Cross-Defendants.** | } |

## ORDER

This matter is before the court on the parties' Joint Motion to Stay Proceedings. (Doc. # 188). For good cause shown, the Motion is **GRANTED**. This action is **STAYED** pending the Supreme Court's resolution of the appeal in *Trump v. New York*, No. 20–366 (S. Ct. docketed Sept. 22, 2020). Within two (2) weeks of the Supreme Court's resolution of that appeal, the parties **SHALL** submit a joint status report regarding future proceedings in this action.

Nothing in this order alters the Defendant-Intervenors' obligations under the court's Show Cause Order entered October 30, 2020. (Doc. # 186).

**DONE** and **ORDERED** this October 30, 2020.

                                              **R. DAVID PROCTOR**
                                              UNITED STATES DISTRICT JUDGE