# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:18–cv–00772–RDP |
| THE UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| DIANA MARTINEZ, *et al.*; COUNTY OF SANTA CLARA, CALIFORNIA, *et al.*; and STATE OF NEW YORK, *et al.*, | ) |
| *Intervenor-Defendants*. | ) |

## **NOTICE**

Defendants respectfully notify the Court and all parties that, on January 20, 2021, President Joseph R. Biden, Jr. signed an Executive Order titled "Ensuring a Lawful and Accurate Enumeration and Apportionment Pursuant to the Decennial Census."  Although the Executive Order has not yet been published in the Federal Register, the full text is available at https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-ensuring-a-lawful-and-accurate-enumeration-and-apportionment-pursuant-to-decennial-census/, and is also attached to this notice as Exhibit 1.

The Executive Order revokes Executive Order 13880 and the Presidential Memorandum of July 21, 2020.  *See* Section 5.  The Executive Order states that "it is the policy of the United States that reapportionment shall be based on the total number of persons residing in the several States, without regard for immigration status."  Section 2.  To effectuate that policy, Section 3 of the Order

instructs the Secretary of Commerce to "report the tabulation of total population by State that reflects the whole number of persons whose usual residence was in each State as of the designated census date in section 141(a) of title 13, United States Code, without regard to immigration status." The Executive Order further directs the Secretary to "use tabulations of population reflecting the whole number of persons whose usual residence was in each State as of the census date, without regard to immigration status, in reports provided to the Governor and officers or public bodies having responsibility for legislative apportionment or districting of each State under section 141(c) of title 13, United States Code."

Section 4 of the Executive Order also instructs the Secretary to "take all necessary steps, consistent with law, to ensure that the total population information presented to the President and to the States is accurate and complies with all applicable laws."

Dated:  January 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
ALEXANDER V. SVERDLOV
ELLIOTT M. DAVIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 514-4336
elliott.m.davis@usdoj.gov

*Counsel for Defendants*