# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, | ) |
|  *Plaintiffs*, | ) |
|  v. | ) Case No. 2:18–cv–00772–RDP |
| THE UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
|  *Defendants*, | ) |
| and | ) |
| DIANA MARTINEZ, *et al.*; COUNTY OF SANTA CLARA, CALIFORNIA, *et al.*; and STATE OF NEW YORK, *et al.*, | ) |
|  *Intervenor-Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

With the stipulation of all parties who have appeared, Plaintiffs hereby voluntarily dismiss this action without prejudice, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: May 3, 2021 | Respectfully submitted, |
| Steve Marshall<br>*Alabama Attorney General* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| /s/Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr.<br>*Solicitor General* | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| James W. Davis<br>Winfield J. Sinclair<br>Brenton M. Smith<br>*Assistant Attorneys General* | BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>/s/ Elliott M. Davis<br>ALEXANDER V. SVERDLOV<br>ELLIOTT M. DAVIS<br>STEPHEN EHRLICH<br>JOHN ROBINSON<br>Trial Attorneys |
| OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152<br>Tel: (334) 242-7300<br>Fax: (334) 353-8400<br>Email: Edmund.LaCour@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Winfield.Sinclair@AlabamaAG.gov<br>Brenton.Smith@AlabamaAG.gov | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel: (202) 514-4336<br>elliott.m.davis@usdoj.gov<br><br>*Counsel for Defendants* |
| *Counsel for Plaintiff State of Alabama* | |

/s/ Morris J. Brooks, Jr.
Morris J. Brooks, Jr.
Pro se
2101 W. Clinton Avenue
Suite 302
Huntsville, AL 35805
(256) 355-9400
(256) 355-9406—Fax

*Counsel for Plaintiff*
*Morris J. Brooks, Jr.*

2

*/s/ Robert D. Segall*
COPELAND FRANCO
SCREWS & GILL, P.A.
Robert D. Segall (SEG003)
Post Office Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Facsimile: (334) 834-3172
Email: segall@copelandfranco.com

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
James R. Williams, County Counsel
Greta S. Hansen
Raphael N. Rajendra
Marcelo Quiñones
Karun Tilak
Laura S. Trice
Office of the County Counsel
County of Santa Clara
70 West Hedding Street
East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Email: raphael.rajendra@cco.sccgov.org
marcelo.quinones@cco.sccgov.org
karun.tilak@cco.sccgov.org

LAW OFFICE OF
JONATHAN WEISSGLASS
Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
Email: jonathan@weissglass.com

*Counsel for the County of Santa Clara, Calif.*

/s/ Andrea Senteno
Thomas A. Saenz (CA Bar No. 159430)*
Andrea Senteno (NY Bar No. 5285341)*
Ernest Herrera (TX Bar No. 24094718)*
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St. #1100
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
asenteno@maldef.org
eherrera@maldef.org

Edward Still
Bar. No. ASB-4786- 147W
still@votelaw.com
429 Green Springs Hwy STE 161-304
Birmingham, AL 35209
Telephone: (205) 335-9652
Facsimile: (205) 320-2882

James U. Blacksher
Bar No. ASB-2381-S82J
jublacksher@gmail.com
825 Linwood Road
Birmingham, AL 35222
Telephone: (205) 612-3752
Facsimile: (866) 845-4395

*Admitted* Pro hac vice

*Counsel for Martinez Defendant-Intervenors*

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Joseph J. Wardenski*
Joseph J. Wardenski, *Senior Trial Counsel*
Amanda Meyer, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Joseph.Wardenski@ag.ny.gov

*/s/ Joyce White Vance*
Joyce White Vance
101 Paul W. Bryant Drive
Tuscaloosa, AL 35487
jvance@law.ua.edu

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
2001 Park Place, Suite 1000
Birmingham, AL 35203
(205) 488-1268
barry@ragsdale-law.com

*Attorneys for the State and Other Government Defendant-Intervenors*


*/s/ Robert S. Vance*
THE BLOOMSTON FIRM
Robert S. Vance
2151 Highland Avenue South, Suite 310
Birmingham, AL 35205
(205) 212-9700
Robert@thebloomstonfirm.com

DAGNEY JOHNSON LAW GROUP
Anil A. Mujumdar (ASB-2004-L65M)
2170 Highland Avenue South, Suite 205
Birmingham, Alabama 35205
Telephone: (205) 649-7502
Facsimile: (205) 809-7899
Email: anil@dagneylaw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-9857
Email: erosenberg@lawyerscommittee.org
dspence@lawyerscommittee.org

DEMOCRACY FORWARD
Robin F. Thurston
John T. Lewis
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Email: rthurston@democracyforward.org
jlewis@democracyforward.org

*Attorneys for Defendant-Intervenors*
*City of Atlanta; City of San José; Arlington*
*County; and King County*

DEBEVOISE & PLIMPTON LLP
Jyotin Hamid
Lauren M. Dolecki
Ming Ming Yang
919 Third Ave
New York, NY 10022
(212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
lmdolecki@debevoise.com
mmyang@debevoise.com

Robert Kaplan
801 Pennsylvania Avenue NW, Suite 500
Washington, DC 20001
Telephone: (202) 383-8000
Facsimile: (202 383-8188
Email: rbkaplan@debevoise.com

CITY OF SAN JOSÉ
Richard Doyle, City Attorney

                    Nora Frimann, Assistant City Attorney
                    Office of the City Attorney
                    200 East Santa Clara Street, 16th Floor
                    San José, CA 95113-1905
                    Telephone: (408) 535-1900
                    Facsimile: (408) 998-3131
                    Email: cao.main@sanjoseca.gov

*Attorneys for Defendant-Intervenor*
*City of San José*