UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, et al., | }<br>}<br>} |
| Plaintiffs, | }<br>} |
| v. | }<br>} |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | }<br>}<br>} |
| Defendants. | }<br>}<br>} |
| v. | }   Case No.:  2:18-CV-772-RDP |
| DIANA MARTINEZ, et al., | }<br>} |
| Intervenor Defendants, | }<br>} |
| and | }<br>} |
| JOEY CARDENAS, et al., | }<br>} |
| Cross-Claimants, | }<br>} |
| v. | }<br>} |
| BUREAU OF CENSUS, et al., | }<br>} |
| Cross-Defendants. | } |

## ORDER OF DISMISSAL

This matter is before the court on Plaintiff's Joint Stipulation of Dismissal (Doc. # 213). It is hereby **ORDERED** that all claims against each Defendant are **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is **DIRECTED** to close this action. Costs taxed as paid.

**DONE** and **ORDERED** this May 3, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE